**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

RAMADA FRANCHISE SYSTEMS, INC.,

Plaintiff,

v.

RANIER CORPORATION, a Minnesota corporation; and TAE Y. CHAE, an individual,

Defendants.

Civil Action No.: 01-cv-1048

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR DEFAULT JUDGMENT**

This matter came on before the undersigned on plaintiff Ramada Franchise Systems, Inc. ("RFS's") Application for Default Judgment and Application for an Award of Attorneys' Fees. The Court, being duly advised in the premises, and upon all of the files, pleadings, and proceedings herein, makes the following findings of fact and conclusions of law:

1. Defendant Ranier Corporation ("Ranier") entered into a license agreement ("License Agreement") with RFS pursuant to which Ranier was granted the license and right to operate a RAMADA® guest lodging facility for a fifteen year term.

2. Pursuant to the terms of the License Agreement, Ranier was obligated to pay recurring fees to RFS. The License Agreement also provided that, should Ranier be terminated as a franchisee prior to the expiration of the License Agreement's fifteen year term, Ranier agreed to pay damages to RFS to compensate RFS for the lost revenue stream due to RFS for the remaining term of the License Agreement.

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. NOV 30 2001
DEPUTY CLERK

3. Ranier breached the License Agreement by failing to pay recurring fees to RFS, and by failing to operate Ranier's RAMADA® facility in accordance with the quality standards set forth in the License Agreement. Ranier has incurred unpaid recurring fees in the amount of $51,700.

4. Pursuant to the terms of the License Agreement, Ranier agreed to pay damages to RFS in the event Ranier was terminated as a franchisee prior to the expiration of the License Agreement's fifteen year term. The amount of damages suffered by RFS in this matter is $460,000, which represents the lost revenue stream due to RFS for the remaining term of the License Agreement. *See Holiday Hospitality Franchising, Inc. v. H-5, Inc.,* 2001 WL 392043 (D. Minn. 2001).

5. Pursuant to the terms of the License Agreement, Ranier agreed to pay interest on any unpaid recurring fees. Ranier owes RFS $2,326.50 in interest.

6. The Summons and Complaint in this matter were served personally on defendant Ranier on July 20, 2001.

7. Defendant Ranier has not answered or otherwise appeared in this matter.

8. The amount due and owing plaintiff RFS from Ranier, exclusive of attorneys' fees and costs, is $514,026.50.

9. Defendants owe plaintiff RFS $5,228.17 in attorneys' fees, costs, and disbursements as allowed under the terms of the License Agreement.

10. Accordingly, judgment is to be entered by default against defendant Ranier and in favor of plaintiff RFS in the amount of $519,254.67 as follows:

| ITEM | AMOUNT |
|---|---|
| Principal Amount Due and Owing | $511,700.00 |
| Interest Due and Owing | $2,326.50 |
| Fee for service of process | $156.50 |
| Attorneys' fees | $4,755.00 |
| Court filing fee | $150.00 |
| Other costs | $166.67 |
| **TOTAL** | **$519,254.67** |

LET JUDGMENT BE ENTERED ACCORDINGLY, IMMEDIATELY AND WITHOUT FURTHER DELAY. SO ORDERED.

Dated: November 30, 2001

BY THE COURT:

JUDGE OF U.S. DISTRICT COURT

GP:821793 v1