**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>RANIER CORPORATION, a Minnesota corporation; and TAE Y. CHAE, an individual,<br>Defendants. | Civil Action No.: 01-cv-1048<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Ramada Franchise Systems, Inc. ("RFS") and defendant Tae Y. Chae, through their undersigned counsel, hereby stipulate that the Court may enter an order dismissing with prejudice, and without an award of any costs or disbursements, RFS' claims against Chae in this matter.

Dated: August 21, 2003

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By______________________
Jason J. Stover (#30573X)
Attorneys for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

BEECHER AND CONNIFF.

By______________________
William L. Beecher (#3673) WASH
Attorneys for Defendant Tae Y. Chae
615 Commerce Street, Suite 150
Tacoma, Washington 98402
Telephone: (253) 627-0132

FILED AUG 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 22 2003
DEPUTY CLERK

**ORDER OF DISMISSAL**

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice, and being fully advised in this matter, hereby orders that RFS' claims against Tae Chae be dismissed with prejudice.

SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 22, 2003

Judge Ann D. Montgomery

GP:1490302 v1