AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ramada Franchise Systems, Inc.

V.

Tae Y. Chae

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1048 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

RFS' claims against Tae Chae are dismissed with prejudice.

August 22, 2003
Date

RICHARD D. SLETTEN, CLERK

Cynthia Francis

(By) Cynthia Francis, Deputy Clerk

11